# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv451

| | |
|---|---|
| DIANNE MOATES SHOE,           )<br>                                                      )<br>            Plaintiff,            )<br>                                                      )<br>            vs.                     )<br>                                                      )<br>BENJAMIN FRANKLIN CAVE,  )<br>individually and BENJAMIN    )<br>FRANKLIN CAVE d/b/a CAVE )<br>TRANSPORTATION SERVICES, )<br>                                                      )<br>            Defendants.        )<br>                                                      ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, you are required to conduct an initial attorneys' conference within fourteen (14) days of this Order. At the conference, the parties are required to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Administrative Order No. 3:07mc62. The certificate of initial attorneys' conference must be filed within five (5) days of the conference. If appropriate, a party may move to

stay the initial conference.

**IT IS, THEREFORE, ORDERED** that on or before fourteen (14) days from entry of this Order, the parties shall conduct an initial attorneys' conference and on or before five (5) days after that conference, the parties shall file a certificate of initial attorneys' conference with the Court.

Signed: November 2, 2007

Martin Reidinger
United States District Judge