IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-CV-451-MR-DCK

| DIANNE MOATES SHOE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| BENJAMIN FRANKLIN CAVE, individually and BENJAMIN FRANKLIN CAVE d/b/a CAVE TRANSPORTATION SERVICES, | ) | **ORDER** |
| Defendant. | ) | |

This matter coming before the Court on the Plaintiff Dianne Moates Shoe Motion for an extension of thirty (30) days in which to serve responses to Defendant's First Set of Interrogatories and Request For Production of Documents, through and including December 23, 2007, and it appearing that the time to respond has not expired, that the Plaintiff is in need of the additional time, and that no prior extension has been requested or granted, the Court finds that Plaintiff's motion should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that an extension of thirty (30) days, to and including December 25, 2007 to respond to Defendant Benjamin Franklin Cave, individually and Benjamin Franklin Cave d/b/a Cave Transportation Services First Set of Interrogatories and Request for Production of Documents is granted.

Signed: November 26, 2007

David C. Keesler
United States Magistrate Judge