# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv451

| | |
|---|---|
| DIANNE MOATES SHOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BENJAMIN FRANKLIN CAVE, ) | |
| individually and BENJAMIN ) | |
| FRANKLIN CAVE d/b/a CAVE ) | |
| TRANSPORTATION SERVICES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte*.

On December 3, 2007, Magistrate Judge Keesler entered a pre-trial order and case management plan which required the parties to file a report identifying their mediator on or before twenty-one (21) days thereafter. To date, no such report has been filed.

**IT IS, THEREFORE, ORDERED** that on or before January 11, 2008, the parties shall file a report stating the identity of the mediator selected by the parties or advising of their inability to agree thereon.

Signed: January 4, 2008

Martin Reidinger
United States District Judge