**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:07-CV-451-MKR-DCK**

| | |
|---|---|
| **DIANNE MOATES SHOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **BENJAMIN FRANKLIN CAVE,** ) | **ORDER** |
| **individually and BENJAMIN** ) | |
| **FRANKLIN CAVE d/b/a CAVE** ) | |
| **TRANSPORTATION SERVICES,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ | |

     **THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Extension Of Time To Respond To Defendant's Second Set Of Requests For Production Of Documents" (Document No. 11), filed February 19, 2008.  Counsel for Defendant reportedly consents to the pending motion.  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate disposition is appropriate.

     Having carefully considered the motion, the record, and the applicable authority, the undersigned will <u>grant</u> the motion. The Court will *sua sponte* extend the deadline for mediation to accommodate this change.  All other deadlines remain the same.

     **IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Extension Of Time To Respond To Defendant's Second Set Of Requests For Production Of Documents" (Document No. 11) is **GRANTED**.

     **IT IS FURTHER ORDERED** that the parties shall complete mediation on or before **April 15, 2008**.  Unless otherwise ordered, the parties shall strictly adhere to all other deadlines outlined

in the "Pretrial Order And Case Management Plan" (Document No. 7).

**SO ORDERED**.

Signed: February 19, 2008

David C. Keesler
United States Magistrate Judge