IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:07cv451

| | |
|---|---|
| DIANNE MOATES SHOE,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>BENJAMIN F. CAVE,  )<br>individually and d/b/a  )<br>Cave Transportation Services  )<br>  )<br>    Defendants.  )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' report that the case has settled.

The Court will allow the parties until on or before **March 30, 2008** to file stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **March 30, 2008**.

Signed: March 3, 2008

Martin Reidinger
United States District Judge